KEYSTONE SANITARY LANDFILL, INC. and Solid Waste Services, Inc. d/b/a J.P. Mascaro & Sons, Petitioners

v.

MONROE COUNTY MUNICIPAL WASTE MANAGEMENT AU-THORITY, Respondent

No. 7 MAL 2017

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey P. LIBENGOOD, Petitioner

No. 915 MAL 2016

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is DENIED.